LORI N. BROWN, ESQ.
Nevada Bar No. 8858
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: lori.brown@jacksonlewis.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARRI VANMEETREN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUNCHKIN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-02664-CDS-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Karri VanMeetren ("Plaintiff") and Defendant Munchkin, Inc. ("Defendant"), by and through undersigned counsel, that Defendant shall have an extension up to and including October 19, 2026, in which to file its Answer or otherwise respond to Plaintiff's Complaint (ECF No 1). This Stipulation is submitted and based upon the following:

1. Plaintiff filed her Complaint on August 21, 2026.

2. Plaintiff filed her Summons on August 24, 2026, and served Defendant on September 1, 2026.

3. Defendant's response to Plaintiff's Complaint is currently due on September 22, 2026.

4. Defendant contends the claims in the Complaint are subject to an arbitration agreement. As a result, the parties need additional time to confer which may affect whether this matter will proceed before this Court.

5. Defendant's current deadline to answer or otherwise respond will come due before that conferral can be completed.

6. The Parties thus stipulate to extend the deadline to October 19, 2026, for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint.

7. This is the first request for an extension of time for Defendant to file its Answer to Plaintiff's Complaint.

8. This Stipulation is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 21st day of September, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK**

*/s/Emily Dyer (w/ permission)*______
Travis F. Chance, Esq.
Emily L. Dyer, Esq.
Brittni A. Tanenbaum, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

**JACKSON LEWIS P.C.**

*/s/ Lori N. Brown*______________
Lori N. Brown, Esq.
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

________________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 25, 2026