LORI N. BROWN, ESQ.
Nevada Bar No. 8858
YASHMEETA SHARMA DAVIS, ESQ
Nevada Bar No. 16983
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: lori.brown@jacksonlewis.com
Email: Yashmeeta.SharmaDavis@jacksonlewis.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARRI VANMEETREN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUNCHKIN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-02664-CDS-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Karri VanMeetren ("Plaintiff") and Defendant Munchkin, Inc. ("Defendant"), by and through undersigned counsel, that Defendant shall have an extension up to and including **October 30, 2026**, in which to file its Answer or otherwise respond to Plaintiff's Complaint (ECF No 1). This Stipulation is submitted and based upon the following:

1. Plaintiff filed her Complaint on August 21, 2026.

2. Plaintiff filed her Summons on August 24, 2026, and served Defendant on September 1, 2026.

3. Defendant's response to Plaintiff's Complaint is currently due on October 19, 2026. (*See* ECF No 6.)

4. Defendant contends the claims in the Complaint are subject to an arbitration agreement. Since the Court granted the Parties' first stipulation to extend Defendant's response

deadline, counsel for the Parties have been conferring in good faith regarding whether Plaintiff will agree to submit her claims to arbitration. The Parties have not yet completed that conferral and need additional time to do so, as the outcome may affect whether this matter will proceed before this Court and may avoid the need for motion practice on the issue.

5. Defendant's current deadline to answer or otherwise respond will come due before that conferral can be completed.

6. The Parties thus stipulate to extend the deadline to October 30, 2026, for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint.

7. This is the second request for an extension of time for Defendant to file its Answer to Plaintiff's Complaint.

8. This Stipulation is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 19th day of October, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK**

*/s/Travis Chance*
Travis F. Chance, Esq.
Emily L. Dyer, Esq.
Brittni A. Tanenbaum, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

**JACKSON LEWIS P.C.**

*/s/Yashmeeta Sharma Davis*
Lori N. Brown, Esq.
Yashmeeta Sharma Davis, Esq.
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026